

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00900-CV

**IN THE ESTATE OF MARJORIE A. CHILDS, DECEASED.,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014PC0056
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After we granted Appellee's first motion for an extension of time to file the brief, Appellee's brief was due on June 28, 2019. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellee filed an unopposed second motion requesting a thirty-day extension of time to file the brief until July 29, 2019. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. The brief is due on July 29, 2019. Any further motion for an extension of time to file Appellee's brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court